NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

OCT 10 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREA CLAIRE WOOD, | No. 24-4321 |
| Plaintiff - Appellant, | D.C. No. 3:24-cv-00170-MMD-CLB |
| v. | |
| KEVIN EIKENBERRY; CLEMENT HOLDINGS; SGT INVESTMENTS, | MEMORANDUM* |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Miranda M. Du, District Judge, Presiding

Submitted August 19, 2025**

Before:     SILVERMAN, HURWITZ, and BADE, Circuit Judges.

Andrea Claire Wood appeals pro se from the district court's judgment

dismissing her diversity action related to property in California.  We have

jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion a

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

dismissal for failure to comply with a court order. *In re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, 460 F.3d 1217, 1226 (9th Cir. 2006). We affirm.

The district court did not abuse its discretion by dismissing Wood's action because Wood failed to respond to the court's order to show cause regarding improper venue despite a warning that failure to respond would result in dismissal of the action. *See id.* at 1227-29 (discussing the five factors to consider in determining whether to dismiss for failure to comply with a court order).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions and requests are denied.

**AFFIRMED.**